JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM ZHONG WANG, individually and on behalf of a class of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| INDYMAC BANK, F.S.B., MICHAEL W. PERRY, LOUIS E. CALDERA, HUGH M. GRANT, JOHN F. SEYMOUR, RICHARD H. WOHL, | ) ) ) ) |
| Defendants. | ) ) |

Case No. CV 08-05071 DDP (VBKx)

**ORDER OF DISMISSAL**

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: February 22, 2011

_____
DEAN D. PREGERSON
United States District Judge